UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 10-03082 BKT |
| RAFAEL RIVERA ORTIZ | CHAPTER 13 |
| DEBTOR(S) | |
| BANCO POPULAR DE PUERTO RICO | Relief from stay for cause |
| VS | |
| RAFAEL RIVERA ORTIZ | |
| JOSE R CARRION<br>CHAPTER 13 TRUSTEE | |
| RESPONDENT (S) | |

## ANSWER MOTION RELIEF OF AUTOMATIC STAY

TO THE HONORABLE COURT:

NOW COMES the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That BPPR filed a Motion of Relief from Stay stating debtors post petition arrears with mortgage loan.

2. Debtor has gestures with BPPR the modification of the mortgage loan through loss mitigation.

3. That debtor already filed a motion requesting the modification of the stay in favor of BPPR for loss mitigation purposes only .

WHEREFORE, it is respectfully requested to this Honorable Court to deny Relief of Automatic from Stay filed by BPPR .

I HEREBY CERTIFY:   that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to Chapter 13 Trustee, Mr. Carlos G Batista Jimenez and we sent copy of this document of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their address listed on the master address list.

IN SAN JUAN, PUERTO RICO, this 3rd day of November of 2010.

RESPECTFULLY SUBMITTED.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.